COUNTY HOME BUILDERS, INC., a Domestic Corporation, Respondent, v. ABRAHAM LICHTERMAN and Another, Appellants, and Others, Defendants.— Action by general contractor to foreclose a mechanic's lien against the property of the appealing defendants. Judgment sustaining the validity of the lien and decreeing

foreclosure unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.